Electronically Filed
Intermediate Court of Appeals
CAAP-13-0002895
24-OCT-2013
07:55 AM

NO. CAAP-13-0002895

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
THOMAS A. ZOELLER, JR., Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 11-1-1260)

ORDER APPROVING THE OCTOBER 12, 2013
STIPULATION FOR DISMISSAL OF APPEAL
(By: Nakamura, C.J., Leonard and Reifurth, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal, filed October 12, 2013, by Defendant-Appellant Thomas A. Zoeller, Jr. (Appellant), the papers in support, and the record, it appears that (1) the stipulation is dated and signed by counsel for all parties, indicates there are no outstanding fees or costs, and includes Appellant's declaration reflecting his understanding of the consequences of dismissal, consistent with Hawai'i Rules of Appellate Procedure Rule 42(b) and (c).

Therefore, IT IS HEREBY ORDERED that the stipulation for dismissal of the appeal is approved and the appeal is dismissed.

DATED: Honolulu, Hawai'i, October 24, 2013.

Chief Judge

Associate Judge

Associate Judge